IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRANDON CHRISTOPHER JOHNSON, §
§
    Movant, §
§
V. §      No. 3:16-CV-0081-D
§
UNITED STATES OF AMERICA, §
§
    Respondent. §

**ORDER**

The United States Magistrate Judge made his findings, conclusions, and a recommendation in this case. No objections were filed. The court has conducted *de novo* review and adopts the recommendation of the magistrate judge. The court will at this time take no further action in this matter, and it will remain statistically closed.

**SO ORDERED**.

April 20, 2017.

                              _____
                              SIDNEY A. FITZWATER
                              UNITED STATES DISTRICT JUDGE